USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SPARTAN CAPITAL SECURITIES, INC.,

                Plaintiff,

-against-

18-cv-6819 (LAK)

JOSEPH STONBELY,

                Defendant.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In a thorough report and recommendation dated November 20, 2018 (the "R&R"), Magistrate Judge James L Cott recommended that I deny plaintiff's motion for injunctive relief [DI 7] and defendant's cross-motion [DI 20] to the extent of dismissing the action but denying it insofar as it sought sanctions. Defendant objects to the R&R to the extent that it recommended denial of sanctions.

        The objection is overruled. The motion for injunctive relief is denied and the defendant's cross motion is granted to the extent that the action is dismissed but otherwise denied. The Clerk shall enter judgment and close the case.

        SO ORDERED.

Dated:     January 3, 2019

                                              Lewis A. Kaplan
                                       United States District Judge